# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES of AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-00114 (JAG) |
| WALTER CEDENO, | : **ORDER TO RESPOND** |
| Defendant. | : |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the Letter-Motion of Walter Cedeno seeking to withdraw his guilty plea, pursuant to Fed. R. Crim. P. 11(d)(2)(B); and good cause appearing,

IT IS, on this 3rd day of December, 2009,

ORDERED that Plaintiff shall file a full and complete response to the Letter-Motion within forty-five (45) days of the entry of this Order; and it is further

ORDERED that Plaintiff's response shall respond to the factual and legal allegations of the Letter-Motion by each paragraph; and it is further

ORDERED that the response shall be accompanied by certified copies of all Notices to Appeal, Orders, Opinions, detainers, transcripts, or recordings of any proceedings, including all administrative or judicial appeals or reviews thereof, and including all documentation that may be material to the questions raised in the Letter-Motion; and it is finally

ORDERED that Plaintiff shall file electronically the original response, and a set of the accompanying record of proceedings, with the Clerk's Office at Martin Luther King, Jr. Federal

Building and Courthouse, 50 Walnut Street, 4th Floor, Newark, NJ 07101, and shall submit a courtesy copy of the response, and accompanying record, to Chambers at U.S.P.O. and Courthouse, Room 411, Federal Square and Walnut St., Newark, NJ 07101.

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.